IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05CR248-W |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| TALIYAH M. CAMEL | ) | INFORMATION |
| | ) | |

The United States Attorney charges that:

On or about the 5th of May 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, TALIYAH M. CAMEL, did knowingly steal, purloin, conceal and retain, with intent to convert to her use and use of another, property of the United States Government, valued at $1,000.00 or less, to wit: one (1) pair of earrings, one (1) bracelet and one (1) necklace in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
SEAN P. TARANTINO
SPECIAL ASSISTANT U.S. ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. Investigation revealed that on May 5th, 2005, at approximately 4:38 pm, at the Fort Rucker Main Post Exchange, building 9214, Fort Rucker, Alabama, TALIYAH M. CAMEL was observed by Ms. Linda Scott, an Exchange Detective, concealing one pair of earrings and one necklace in her purse. TALIYAH M. CAMEL then exited the Post Exchange without rendering payment. Upon apprehension, TALIYAH M. CAMEL surrendered one pair of earrings, one necklace, and one bracelet. The MPs arrived on the scene, and TALIYAH M.CAMEL was escorted to the Military Police Station. She was advised of her rights, and gave a written sworn statement admitting to the offense. She was further processed and released to her aunt on a DD Form 2708.

*[signature]*
ADAM D. TEW
SPC, MP
U.S. Army

Subscribed and sworn (or affirmed) before me this, the **12TH** day of **SEPTEMBER** 2005.

*[signature]*
NOTARY PUBLIC
My commission expires: **23 DEC 2006**