| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 8, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:38 - 10:43 |
| | Tape #5059   1600-1728 |

√ **ARRAIGNMENT**   ❐ **CHANGE OF PLEA**   ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**   ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr248-W   **DEFENDANT NAME:** Taliyah M. Camel
**AUSA:** Sean Tarantino   **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit executed.**   **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty
   ❐ Guilty as to:
      ❐ Count(s):
      ❐ Count(s):   ❐ dismissed on oral motion of USA
         ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:** January 23, 2006      √ **WAIVER OF SPEEDY TRIAL** filed.
   **DISCOVERY DISCLOSURE DATE:**   November 14, 2005
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
   ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
      ❐ Defendant requests time to secure new counsel