IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:05-cr-248-SRW |
| ) | |
| TALIYAH M. CAMEL ) | |

**SECOND UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **TALIYAH M. CAMEL**, by and through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the March Trial Docket.  In support of this motion, the Defendant would show the following:

1. On January 3, 2006, the Defendant submitted a request for pretrial diversion in this case, and the Government is still processing that request.

2. Capt Ashlea Holt, the Special Assistant United States Attorney assigned to this case, concurs with Defendant's motion.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 9th day of March 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cr-248-SRW |
| | ) | |
| TALIYAH M. CAMEL | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

and

Capt Ashlea Holt, Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, AL 36362.

                                           Respectfully submitted,

                                           s/ Donnie W. Bethel
                                           DONNIE W. BETHEL
                                           Assistant Federal Defender
                                           201 Monroe Street, Suite 407
                                           Montgomery, Alabama 36104
                                           Phone: (334) 834-2099
                                           Fax: (334) 834-0353
                                           E-mail:don_bethel@fd.org
                                           IN Bar Code: 14773-49